CLOCK NUMBER  055
10  0000166226  1

## Earnings Statement

\LDEMAN AVENUE
A 19115

Period Beginning:  06/10/2017
Period Ending:     06/16/2017
Pay Date:          06/23/2017

;: Married
es:
'A

TINA M HALL-JORDAN
5702 SPRAGUE ST
PHILADELPHIA PA 19138

| s | this period | year to date | Other Benefits and Information | this period | total to dat |
|---|---|---|---|---|---|
| 23 | 132.30 | 3,265.30 | | | |
|  | $132.30 | 3,265.30 | Max Elig/Comp | 132.30 | 3,265. |

|  | -8.20 | 202.45 |
|---|---|---|
|  | -1.92 | 47.35 |
|  | -4.06 | 100.24 |
| Tax | -5.16 | 127.39 |
|  | -0.10 | 2.29 |
|  | $112.86 | |
|  | $112.86 | |

le wages this period are $132.30

AUG 1 1 2017

| ANSP AUTH | TRUESDALE, | KA    S | TAXES/DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|
| | AA22 | FEDERAL TAX | 17815 | 494331 |
| | 11507 | FICA/MED | 8948 | 238024 |
| HOURS | EARNINGS | YEAR TO DATE SUI TAX | 84 | 2238 |
| 4178 | 120685 | 2736351 PENNA | 3705 | 98260 |
| | 00 | 218986 PHILA | 4707 | 124839 |
| | 00 | 92204 AFLAC-PRETAX | 2568 | 61632 |
| | 00 | 25645 HEALTH COPAY | 1153 | 27672 |
| | 00 | 750 457B | 3500 | 84000 |
| | 00 | 38500 UNION  DUES | 1329 | 31896 |
| | 00 | 126782 CO-PAY PENSIO | 5000 | 120000 |
| | | LIFE  INSUR. | 00 | 600 |
| | | TWU CR UNION | 5000 | 120000 |
| | | UNITED WAY | 50 | 1200 |
| | | SAVING DEPOSI | 66826 | 1710263 |

STATEMENT OF EARNINGS & DEDUCTIONS / DETACH & RETAIN FOR YOUR RECORDS

| | DEDUCTIONS | | NET PAY | | PAY PERIOD | CHECK NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
| 59- | 18600 | = | 66826 | BEGIN | | 128069277 | 66826 |
| 92- | 447000 | = | 1834526 | END | 06-10-17 | | |

✂ FOLD AND TEAR CHECK ALONG PERFORATION ✂

ADVICE NUMBER **128069277**

80

DATE
06-16-2017

K          SAVING DEPOSIT          0406037051                              668.26

_E
ERRACE
19144

# DEPOSIT ADVICE

# NON-NEGOTIABLE

EN FOLD, CREASE AND TI
REMOVE "S"

CITY OF PHILADELPHIA  
DEPARTMENT OF REVENUE  
WATER REVENUE BUREAU

Department of Revenue  
Municipal Services Building  
Water Revenue Bureau  
1401 John F. Kennedy Blvd.  
Philadelphia, Pa. 19102-1663  
Date: June 28, 2017

DEBBIE A DOWNING EST OF  
5702 SPRAGUE ST  
PHILADELPHIA PA 19138

Please Read Important Dated Information

Dear Property Owner:

This notice is to advise of delinquent charges owing at 5702 SPRAGUE ST 19138 [02073700005702001] 591210500. The amount of delinquency is $904.66.

The tenant/occupant on record at this address is TINA M HALL-JORDAN.

You are advised as owner of the property that you are not absolved of the unpaid charges. The debt for water, sewer, and stormwater charges remains a liability of the property. The property liability is the responsibility of the owner of record.

Payment in full or a payment agreement is necessary to prevent termination of water service.

Your immediate attention is requested.

Sincerely,

Water Revenue Bureau



CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU

**Customer Service Division**
Municipal Services Building
1401 John F. Kennedy Blvd
Philadelphia, PA 19102-1663
Phone: (215) 686-6880
Date: July 11, 2017

TINA M HALL-JORDAN
5702 SPRAGUE ST
PHILADELPHIA PA 19138

**Service Address:** 5702 SPRAGUE ST 19138 [0207370005702001] 591210500
**Account Number:** 020-73700-05702-001

Re: Bankruptcy Petition
Docket Number: 17--14629     Filing Date: 07/07/2017

Dear Customer:
We are in receipt of your bankruptcy petition as noted above.

Water/sewer charges for cycles 05/27/2016 to 07/07/2017 for a total amount of $1,011.75 will be suspended from billing until there is a Bankruptcy Court decision or disposition.

All charges that become due after the 07/07/2017 cycles are due when rendered and are not covered under Bankruptcy.

Thank-you.

Sincerely,
Collections Unit

1011.75
904.66
191.64

PENNSYLVANIA HOUSING FINANCE AGENCY
211 NORTH FRONT STREET
HARRISBURG PA 17101

LOAN NO.   0001059500

6-635-47368-0005106-002-2-100-000-000-000



DEBBIE A DOWNING
5702 SPRAGUE ST
PHILADELPHIA PA 19138-1722

## Annual FHA Disclosure Notice to Mortgagor

| | | | |
|---|---|---|---|
| MORTGAGOR: | DEBBIE A DOWNING | DATED: | 01-31-2017 |
| ADDRESS: | 5702 SPRAGUE ST | LOAN #: | 0001059500 |
| | PHILADELPHIA PA 19138-1722 | FHA #: | 441-7165447748 |

This notice is to advise you of requirements that must be followed to accomplish a prepayment of your mortgage, and to advise you of requirements you must fulfill upon prepayment to prevent accrual of any interest after the date of prepayment.  The amount listed below is the amount outstanding for prepayment of the indebtedness due under your mortgage.  The amount is good through 02/01/2017.  (Any mortgage payments received or advances made by us before the stated expiration date will change the prepayment amount.)

$25,001.72

This information is being provided under section 329 of the Cranston-Gonzales National Affordable Housing ACT.

You may prepay your mortgage at any time without penalty. However, in order to avoid the accrual interest on any prepayment after the date of the prepayment, the prepayment must be received on the installment due date (the first day of the month). Otherwise, you may be required to pay interest on the amount prepaid through the end of the month.

If you have any question regarding this notice, please contact: Customer Solutions Center at 1-855-827-3466.