<u>Chapter 13 Plan</u>

Tina Marie Hall-Jordan    Case # 1714629

To Whom it May Concern:

My Plan for filing Chapter 13, is to be able to keep my home that was left to me by my deceased mother. My Home is in danger of a Sheriff Sale and I would like the opportunity to start fresh. I would like the chance to pay for the home my mother has given me, it is my current residence. I Plan to Budget better and better educate myself about finances. My Goal is to create a new beginning for my credit, while being able to stay in ~~not~~ my home and maintain it. Currently Unemployed, I am unable to handle the weight of all the creditors that are owed!

Thank you,

X Tina M. Hall-Jordan    Case # 1714629
8-11-17

This site provides information about and access to financial services offered by the Capital One family of companies, including Capital One Bank (USA), N.A. and Capital One, N.A., members FDIC. See your account agreement for information about the Capital One company servicing your individual accounts. Capital One does not provide, endorse, nor guarantee and is not liable for third party products, services, educational tools, or other information available through this site. Read additional important disclosures. (https://www.capitalone.com/legal/disclosures/) ©2017 Capital One. Capital One is a federally registered trademark. All rights reserved.