# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-14629-AMC

TINA MARIE HALL-JORDAN

5702 SPRAGUE STREET

PHILADELPHIA, PA 19138-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    TINA MARIE HALL-JORDAN

    5702 SPRAGUE STREET

    PHILADELPHIA, PA 19138-

**Counsel for debtor(s), by electronic notice only.**
    PRO-SE
    *
    *
    *, * *

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 10/4/2017

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee