```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA

     IN RE                        :    CHAPTER 13

     Tina Marie Hall-Jordan       :    No. 17-14629-amc
          Debtor                  :
```

**ENTRY OF APPEARANCE**

    Kindly enter my appearance on behalf of the Debtor, Tina Marie Hall-Jordan, in regards to the above-captioned matter.

                                      /s/ David M. Offen
                                      David M. Offen, Esquire
                                      Attorney ID 41626
                                      Attorney for Debtor
                                      Suite 160 West, Curtis Ctr.
                                      601 Walnut Street
                                      Philadelphia, PA 19106
                                      215-625-9600

Dated: 01/08/2018