United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14629-amc
Tina Marie Hall-Jordan                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey          Page 1 of 1          Date Rcvd: Mar 06, 2018
                            Form ID: pdf900       Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.
```
db          +Tina Marie Hall-Jordan,    5702 Sprague Street,    Philadelphia, PA 19138-1722
13967888    +13/7, LLC,    PO BOX 1931,    Burlingame CA 94011-1931
13968431    +Citizens Bank,    PO BOX 7000,    Providence, RI 02940-7000
13968428    +Comcast,    4400 Wayne Avenue,    Philadelphia, PA 19140-1798
13968432    +Parrish & Lebar,    5 E. Franklin Street,    Richmond, VA 23219-2105
13968430     Professional Account Services,    PO BOX 68,    Brentwood, TN 37024-0068
13968429     Water Revenue,    1401 JKF Blvd.,    Philadelphia, PA 19102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Mar 07 2018 02:58:00      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2018 02:57:29
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 07 2018 02:57:48     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14007977    +E-mail/Text: bankruptcy@cavps.com Mar 07 2018 02:57:46     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13968433    +E-mail/Text: bnc-bluestem@quantum3group.com Mar 07 2018 02:58:12      Fingerhut,
              7075 Flying Cloud Drive,    Eden Prarie, Minnesota 55344-3532
14012597    +E-mail/Text: bankruptcydpt@mcmcg.com Mar 07 2018 02:57:38     MIDLAND FUNDING LLC,
              PO BOX 2011,    WARREN, MI 48090-2011
13968426    +E-mail/Text: blegal@phfa.org Mar 07 2018 02:57:39     PHFA,    211 North Front Street,
              Harrisburg, PA 17101-1466
14004220    +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 07 2018 02:57:45     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13968427    +E-mail/Text: bknotices@totalcardinc.com Mar 07 2018 02:57:39     Total Card Inc.,
              5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14009459*   +PHFA,    211 North Front Street,    Harrisburg, PA 17101-1466
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:
```
          DAVID M. OFFEN   on behalf of Debtor Tina Marie Hall-Jordan dmo160west@gmail.com,
           davidoffenecf@gmail.com
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency KMcDonald@blankrome.com
          LEON P. HALLER   on behalf of Creditor   U.S. Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TINA MARIE HALL-JORDAN          Chapter 13

         Debtor          Bankruptcy No. 17-14629-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___6th___ day of ___March___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PRO-SE
*
*
*, * *


Debtor:
TINA MARIE HALL-JORDAN

5702 SPRAGUE STREET

PHILADELPHIA, PA 19138-