Tina Marie Hall-Jordan     3-14-18
Case# 17-14629-AMC

**FILED**
MAR 14 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

To Whom It May Concern:

I Tina Marie Hall-Jordan am writing this letter to stop the motion of relief in regards to my case.

Please do not grant this motion; I am currently dealing with a knee injury that has not allowed me to do certain things and has kept me in and out the doctors. Also in the past month my husband experienced an injury and was out of work for a month, with my husband bringing in the only income money has been very tight. I realize that I have been unable to make payments since Oct 2017; Moving forward we would like to make up any missed payments with what we receive in our tax return which we are awaiting to be deposited to my husbands account.

Also my property at 5102 Sprague St. Phila Pa 19138, is currently on the market to be sold. It has been on the market since March 5th 2018. It would be greatly appreciated if I could be allowed the time to sell my home in order to pay off the debt against me.

I have spoken with KML law firm and they have sent me a payoff amount letter and I have forwarded the information to my realtor in hopes of selling the home.

Please do not grant the motion of relief and allow me the time to sell the property to correct the debt owed. In the meantime I am willing to make up missed payments.

Thank you.

Tina M. Hall-Jordan  Case# 17-14629
Phone# (215) 254-8309